

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00190-CV

---

### IN RE: THE COMMITMENT OF MARK HANSON

---

On Appeal from the 87th District Court
Freestone County, Texas
Trial Court No. 16-090B, Honorable Patrick H. Simmons, Presiding

---

July 12, 2018

## MEMORANDUM OPINION ON REHEARING

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

We dismissed this appeal on July 6, 2018, after appellant Mark Hanson failed to pay the filing fee or establish that he was entitled to proceed without payment of court costs. Following the dismissal, the district clerk filed a supplemental clerk's record containing an omitted item, an "Affidavit of Indigency and Unsworn Declaration" filed by Hanson in the trial court on August 29, 2017. On our own motion for rehearing, we withdraw our opinion and judgment of July 6, 2018, and reinstate the appeal. Appellant's brief is due on or before August 13, 2018.

Per Curiam